AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| OCA - ASIAN PACIFIC AMERICAN ADVOCATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00287 |
| RUBIO, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OCA - ASIAN PACIFIC AMERICAN ADVOCATES                                                    .

Date: 01/30/2025

/s/ Noah Baron
*Attorney's signature*

NOAH BARON
*Printed name and bar number*
1620 L Street NW, Suite 1050
Washington, D.C. 20036

*Address*

nbaron@advancingjustice-aajc.org
*E-mail address*

(202) 868-0396
*Telephone number*

*FAX number*