UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OCA - Asian Pacific American Advocates
                    Plaintiff
                                                  vs.                          Case No: 1:25-cv-00287-TJK

Marco Rubio, U.S. Secretary of State, in his official capacity,
et al.
                    Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Standing Order in Civil Cases, Defendant's Statement of Material Facts Not in Dispute, Notice of Errata Re: Missing Addresses in Complaint, and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/04/2025 at 3:10 PM, I served U.S. Attorney's Office for D.C. c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20004 with the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Standing Order in Civil Cases, Defendant's Statement of Material Facts Not in Dispute, Notice of Errata Re: Missing Addresses in Complaint, and Complaint for Declaratory and Injunctive Relief by serving Toyin Abejide, Paralegal Specialist, authorized to accept service.

Toyin Abejide is described herein as:

Gender:  Male    Race/Skin:  Black    Age:  35    Weight:  225    Height:  5'10"    Hair:  Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/05/2025

Ambiko Wallace

Client Ref Number: 9000498.00005
Job #:12635546

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050