IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARCO RUBIO, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 25-0287 (TJK) |

### MOTION FOR EXTENSION OF TIME

In accordance with Federal Rules of Civil Procedure 6(b)(1), defendants, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to Plaintiff's Complaint until April 14, 2025, to file a Motion to Stay the proceedings. The answer is otherwise due on Monday, April 7, 2025. The Complaint was served on the U.S. Attorney on February 4, 2015. The answer was due Sixty days thereafter, which rested on April 5, 2025, a Saturday. Pursuant to Rule 6(a)(1)(C), "if the last day is a Saturday . . . the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Pursuant to Local Civil Rule 7(m), undersigned counsel has contacted Plaintiff's counsel regarding this motion. Plaintiff's position on this motion is as follows: "On April 7, pursuant to Local Rule 7(m) defense counsel requested plaintiffs "position on a motion to stay or alternatively a motion for extension of time to file a response in this matter." Plaintiffs responded that they would grant an extension of 30 days to respond to the complaint but would not consent to a stay. Defense counsel neither requested (pursuant to Rule 7(m) or otherwise) and Plaintiffs did not consent to any extension to allow Defendants additional time to seek a stay the proceedings. At present, Defendants have appealed

the nationwide preliminary injunctions and have requested that the nationwide injunctions be narrowed in scope, and accordingly, no stay of proceedings is appropriate."

Plaintiff filed its action for declaratory and injunctive relief on January 30, 2025, and filed an errata to the Complaint on January 31, 2025. On January 20, 2025, President Donald J. Trump issued an Executive Order addressing what it means to be "subject to the jurisdiction" of the United States. *See* Exec. Order No. 14160, Protecting the Meaning and Value of American Citizenship ("EO"). The EO has also been challenged in a variety of lawsuits filed within a few days of its issuance including: *Washington v. Trump*, No. 25-807 (9th Cir.); *New Jersey v. Trump*, No. 25-1170 (1st Cir.); *CASA, Inc. v. Trump*, No. 25-1153 (D. Mass); *County of Santa Clara v. Trump*, 25-0981(N.D. Cal.). Executive Order No. 14160, which Plaintiff also challenges in this case, is subject to four nationwide preliminary injunctions issued in the Western District of Washington, the District of Maryland, and the District of Massachusetts. To date, the nationwide injunctions apply. The undersigned respectfully requests this short extension of seven (7) days to allow counsel to further review the pleadings as pertains to this case as well as the other cases filed concerning the Executive Order and to file a motion to stay these proceedings.

\*      \*      \*

Accordingly, the Defendant respectfully requests an extension of time until April 14, 2025, in order to review the pleadings of similar cases and to file a motion to stay these proceedings until decisions have been made by the appellate courts, including the Supreme Court. *See Trump* v. *State of Washington*, No. 24A__ (pending); *Trump* v. *CASA, Inc.*, No. 24A__ (pending); *Trump v. New Jersey*, No. 24A __ (pending). This request is made for good cause shown and not to cause undue delay of the proceedings.

Dated: April 7, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ Heather Graham-Oliver*_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov


*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN, ADVOCATES,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCO RUBIO, *et al.,*<br><br>        Defendants. | Civil Action No. 25-0287 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is hereby

ORDERED that the motion is GRANTED;

SO ORDERED this _____ day of _____, 2025.


_____
United States District Judge