UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCO RUBIO, et al. <br><br> *Defendants*. | Case No. 1:25-cv-00287 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff responds to the Defendants' motion for extension (ECF 13) as follows:

1. Defendants' motion did not comply with and was untimely under the Court's January 31, 2025 Order (ECF 6) ¶ 10, because it was not filed at least four days prior to the deadline.

2. Plaintiff notes that the request does not establish the showing of "good cause" required under Federal Rule of Civil Procedure 6(b)(1)(B).

3. Defendants have not filed a timely answer or responsive pleading by the April 5 deadline to respond to the Complaint, and in their motion, appear to be disclaiming any intention to do so.  A "motion to stay" is not a responsive pleading.

4. Although Plaintiff consented, as a professional courtesy, to extend Defendants' time to file a responsive pleading by 30 days, that consent did not extend to file a "motion to stay."  Per the Court's January 31, 2025 Order, only the Court can enter such relief.

5. Plaintiff does not consent to staying the proceedings and will oppose any motion to stay in due course.

Dated: April 8, 2025					Respectfully submitted,

/s/ *John A. Freedman*  
John A. Freedman (D.C. Bar No. 453075)  
Sally Pei (D.C. Bar No. 1030194)  
Jonathan L. Stern (D.C. Bar No. 375713)  
Ronald D. Lee (D.C. Bar No. 411516)  
ARNOLD & PORTER KAYE SCHOLER LLP  
601 Massachusetts Avenue, N.W.  
Washington, D.C. 20001  
(202) 942-5000  
John.Freedman@arnoldporter.com  
Sally.Pei@arnoldporter.com  
Jonathan.Stern@arnoldporter.com  
Ronald.Lee@arnoldporter.com  

John C. Yang (D.C. Bar No. 438672)  
Niyati Shah (D.C. Bar No. 1659560)*  
Noah Baron (D.C. Bar No. 1048319)  
ASIAN AMERICANS  
 ADVANCING JUSTICE-AAJC  
1620 L Street, NW, Suite 1050  
Washington, D.C. 200036  
(202) 296-2300  
jcyang@advancingjustice-aajc.org  
nshah@advancingjustice-aajc.org  
nbaron@advancingjustice-aajc.org  

Kaitlin Banner (D.C. Bar No. 1000436)  
Sarah Bessell (D.C. Bar No. 219254)  
Madeleine Gates (D.C. Bar No. 90024645)  
WASHINGTON LAWYERS' COMMITTEE  
FOR CIVIL RIGHTS AND URBAN AFFAIRS  
700 14th Street, NW, Suite 400  
Washington, D.C. 20005  
(202) 319-1000  
kaitlin_banner@washlaw.org  
sarah_bessell@washlaw.org  
madeleine_gates@washlaw.org  

*\* Application for admission to D.D.C. pending*

*Counsel for Plaintiff*

2