IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MARCO RUBIO, *et al.*, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-0287 (TJK) |

### **DEFENDANTS' RENEWED MOTION FOR EXTENSION OF TIME**

In accordance with this Court's Order dated April 9, 2025, Defendants, by and through undersigned counsel, respectfully renew their request to extend the time to respond to Plaintiff's Complaint until April 14, 2025, to file a Motion to Stay the proceedings. Min. Order, April 9, 2025. A responsive pleading was otherwise due on Monday, April 7, 2025. In support of this renewed motion, Defendants address the specific concerns of the Court and state as follows:

Defendants sought the additional time of one week because undersigned counsel's managerial responsibilities and substantial litigation schedule did not allow her to prepare the motion before the date that it was due. Undersigned counsel for the past month and a half has been assuming the complete docket of an Assistant U.S. Attorney, who has been unexpectedly out of the office due to a family emergency, with no anticipated return date. As a result, the undersigned has had to confer with agency counsel on a number of cases; prepare, answer, and confer regarding discovery items; write Reply memoranda; and file daily JSR's in FOIA matters. These immediate deadlines were in addition to her responsibilities as a manager in the Civil Division, including interviewing candidates, conferring with assigned AUSAs about their work

product, and reviewing memoranda to be filed with the Court.

Undersigned counsel humbly apologizes to the Court for failing to file the request for an extension four days ahead of time, as directed by the Court's Standing Order. It was an inadvertent oversight that the undersigned was not aware of the Court's Standing Order, which provides that motions for extensions of time are to be filed at least four business days prior to the first affected deadline. By filing the Motion less than four days before Defendant's deadline, the undersigned apologizes to the court and does not suggest that she lacks appreciation for the important role that such a requirement plays in this Court's management of the cases over which it presides. The undersigned regrets that the present circumstances do not permit this motion to be filed sufficiently in advance of the applicable deadline, and requests that the Court excuse Defendant's non-compliance in this instance. Going forward, the undersigned shall take care to fastidiously observe all deadlines and the Court's Standing Order.

As previously stated in the initial extension of time motion, pursuant to Local Civil Rule 7(m), undersigned counsel has contacted Plaintiff's counsel regarding the extension motion. Plaintiff's position on this motion is as follows:

> On April 7, pursuant to Local Rule 7(m) defense counsel requested plaintiffs position on a motion to stay or alternatively a motion for extension of time to file a response in this matter. Plaintiffs responded that they would grant an extension of 30 days to respond to the complaint but would not consent to a stay. Defense counsel neither requested (pursuant to Rule 7(m) or otherwise) and Plaintiffs did not consent to any extension to allow Defendants additional time to seek a stay the proceedings. At present, Defendants have appealed the nationwide preliminary injunctions and have requested that the nationwide injunctions be narrowed in scope, and accordingly, no stay of proceedings is appropriate.

Plaintiff filed this action for declaratory and injunctive relief on January 30, 2025, and filed an errata to the Complaint on January 31, 2025. The action pertains to President Donald J. Trump's Executive Order No. 14160, Protecting the Meaning and Value of American Citizenship.

The Executive Order has also been challenged in a variety of lawsuits filed within a few days of its issuance including: *Washington v. Trump*, No. 25-807 (9th Cir.); *New Jersey v. Trump*, No. 25-1170 (1st Cir.); *CASA, Inc. v. Trump*, No. 25-1153 (D. Mass); *County of Santa Clara v. Trump*, 25-0981(N.D. Cal.). Executive Order No. 14160, which Plaintiff also challenges in this case, is subject to four nationwide preliminary injunctions issued in the Western District of Washington, the District of Maryland, and the District of Massachusetts. To date, the nationwide injunctions remain in place.

  The undersigned respectfully requests this short extension until Monday, April 14, 2025, as previously requested, to allow counsel to further review the pleadings as pertain to this case as well as the other cases filed concerning the Executive Order and to file a motion to stay these proceedings.

         *    *    *

Accordingly, Defendant respectfully requests an extension of time until Monday, April 14, 2025, in order to file a motion to stay these proceedings until decisions have been made by the appellate courts, including the Supreme Court. *See Trump* v. *State of Washington*, No. 24A__ (pending); *Trump* v. *CASA, Inc.*, No. 24A__ (pending); *Trump v. New Jersey*, No. 24A __ (pending). This request is made for good cause shown and not to cause undue delay of the proceedings.

Dated: April 11, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ Heather Graham-Oliver*_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov


*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN, ADVOCATES,<br><br>       Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, *et al.,*<br><br>       Defendants. | Civil Action No. 25-0287 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is hereby

ORDERED that the motion is GRANTED;

SO ORDERED this _____ day of _____, 2025.


_____
United States District Judge