AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00287-TJK |
| MARCO RUBIO, Secretary of State, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute.

Date: 06/24/2025

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC Bar No. 473355
*Printed name and bar number*

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
*Address*

mcrapo@irli.org
*E-mail address*

(571) 435-3582
*Telephone number*

(202) 464-3590
*FAX number*