UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-00287 (TJK) |

**PLAINTIFFS' NOTICE OF AMENDED COMPLAINT
FILED AS A MATTER OF COURSE**

PLEASE TAKE NOTICE that Plaintiffs have filed an Amended Complaint, attached hereto as Exhibit A, as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Also attached hereto, as Exhibit B, is a "redline comparison of the original and amended pleading," pursuant to the Standing Order, Dkt. No. 6 at ¶ 7.

Dated: June 30, 2025                                          Respectfully submitted,

/s/ *John A. Freedman*                                        John C. Yang (D.C. Bar No. 438672)
John A. Freedman (D.C. Bar No. 453075)     Niyati Shah (D.C. Bar No. 1659560)
Sally Pei (D.C. Bar No. 1030194)                    Noah Baron (D.C. Bar No. 1048319)
Jonathan L. Stern (D.C. Bar No. 375713)      ASIAN AMERICANS
Ronald D. Lee (D.C. Bar No. 411516)             ADVANCING JUSTICE-AAJC
ARNOLD & PORTER KAYE SCHOLER LLP     1620 L Street, NW, Suite 1050
601 Massachusetts Avenue, N.W.                   Washington, D.C. 200036
Washington, D.C. 20001                                   (202) 296-2300
(202) 942-5000                                                     jcyang@advancingjustice-aajc.org
John.Freedman@arnoldporter.com               nshah@advancingjustice-aajc.org
Sally.Pei@arnoldporter.com                             nbaron@advancingjustice-aajc.org
Jonathan.Stern@arnoldporter.com

1

Ronald.Lee@arnoldporter.com

        Kaitlin Banner (D.C. Bar No. 1000436)
        Sarah Bessell (D.C. Bar No. 219254)
        Madeleine Gates (D.C. Bar No. 90024645)
        WASHINGTON LAWYERS' COMMITTEE
        FOR CIVIL RIGHTS AND URBAN
        AFFAIRS
        700 14th Street, NW, Suite 400
        Washington, D.C. 20005
        (202) 319-1000
        kaitlin_banner@washlaw.org
        sarah_bessell@washlaw.org
        madeleine_gates@washlaw.org

*Counsel for Plaintiffs*