UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, JANE DOE #1, BABY DOE #1, and JANE DOE #2,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, U.S. Secretary of State, in his official capacity; U.S. DEPARTMENT OF STATE; JAMES McHENRY, Acting Attorney General, in his official capacity; U.S. DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of Homeland Security, in her official capacity, U.S. DEPARTMENT OF HOMELAND SECURITY; FRANK BISIGNANO, Commissioner of the Social Security Administration, in her official capacity; U.S. SOCIAL SECURITY ADMINISTRATION; and DONALD J. TRUMP, President of the United States, in his official capacity,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00287 (TJK) |

**PLAINTIFFS' NOTICE OF MOTION TO PROCEED PSEUDONYMOUSLY**

PLEASE TAKE NOTICE that Plaintiffs Jane Doe # 1, Baby Doe #1, and Jane Doe #2 seek to proceed under a pseudonym, pursuant to Federal Rules of Civil Procedure 5.2(a)(3) and 10(a), and upon the accompanying Memorandum of Law, Plaintiffs move this Court for an Order permitting these individuals to proceed under a pseudonym in this action until such time as the Court may order their names disclosed and for such other relief as the Court deems appropriate and just. Plaintiffs have met and conferred with government counsel for Defendants pursuant to Loc. R.

1

Civ. P. 7(m), and Defendants take no position on this Motion. A proposed order is submitted concurrently with this Motion.

Dated: June 27, 2025                              Respectfully submitted,

/s/ *John A. Freedman*                            John C. Yang (D.C. Bar No. 438672)
John A. Freedman (D.C. Bar No. 453075)            Niyati Shah (D.C. Bar No. 1659560)
Sally Pei (D.C. Bar No. 1030194)                  Noah Baron (D.C. Bar No. 1048319)
Jonathan L. Stern (D.C. Bar No. 375713)           ASIAN AMERICANS
Ronald D. Lee (D.C. Bar No. 411516)                 ADVANCING JUSTICE-AAJC
ARNOLD & PORTER KAYE SCHOLER LLP                  1620 L Street, NW, Suite 1050
601 Massachusetts Avenue, N.W.                    Washington, D.C. 200036
Washington, D.C. 20001                            (202) 296-2300
(202) 942-5000                                    jcyang@advancingjustice-aajc.org
John.Freedman@arnoldporter.com                    nshah@advancingjustice-aajc.org
Sally.Pei@arnoldporter.com                        nbaron@advancingjustice-aajc.org
Jonathan.Stern@arnoldporter.com                   Kaitlin Banner (D.C. Bar No. 1000436)
Ronald.Lee@arnoldporter.com                       Sarah Bessell (D.C. Bar No. 219254)
                                                  Madeleine Gates (D.C. Bar No. 90024645)
                                                  WASHINGTON LAWYERS' COMMITTEE
                                                  FOR CIVIL RIGHTS AND URBAN
                                                  AFFAIRS
                                                  700 14th Street, NW, Suite 400
                                                  Washington, D.C. 20005
                                                  (202) 319-1000
                                                  kaitlin_banner@washlaw.org
                                                  sarah_bessell@washlaw.org
                                                  madeleine_gates@washlaw.org

*Counsel for Plaintiffs*