# DECLARATION OF JANE DOE #1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OCA- Asian Pacific American Advocates and Jane Doe #1**<br><br>Plaintiffs,<br><br>v.<br><br>**Marco Rubio,** *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00287 (TJK) |

**DECLARATION OF JANE DOE #1**

I, Jane Doe, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years old and am fully competent to make this declaration.

**2.** I live in California with my husband and three sons.

3. I am originally from Mexico and still have Mexican citizenship and a Mexican passport. I am not a United States citizen or Lawful Permanent Resident. I am in the United States with "U" nonimmigrant status, which I have had since 2021. I am planning to apply for lawful permanent resident ("LPR") status and intend to stay in the United States and continue to build my life here.

4. My two older sons were born before February 19, 2025, and are U.S. citizens. My youngest son (Baby Doe # 1) was born after February 19, 2025.

5. My husband, the father of all my children, is neither a U.S. citizen nor a Lawful Permanent Resident ("LPR").

6. If the Executive Order on birthright citizenship becomes effective, I fear what will happen to my youngest son if his status is taken away from him or what would happen if he does not have any status in the United States. I do not know if I can add him to my current status, and even then, he will not be a U.S. citizen like my other children. I have been in the United States for several years and was not able to pursue higher education when I did not have any status. I am afraid of the same situation for my son, and his loss of opportunities if he does not have access to higher education and all the other benefits and protections of U.S. citizenship, including protection from immigration enforcement.

7. I am very worried that my son – and then my entire family – will be targeted for immigration enforcement by government agents from Immigration and Customs Enforcement ("ICE"). I know and am seeing ICE's increased arrests, detentions, and deportations of entire families or of kids without their parents, and I am terrified that my son would be arrested because he does not have any immigration status in the United States. My newborn son cannot survive without me, especially because he is exclusively breastfed at this time. If he were targeted by ICE, he would be separated from his siblings, who are already attached to him, and it would rip our family apart. He is facing a risk that neither of my other children have to worry about, even though all three were born here in the U.S.

8. I am participating in this lawsuit so that I, along with other individuals who are in the same position, can be assured that our children and future children will be U.S. Citizens.

9. I am willing to serve as a class representative on behalf of those who are similarly situated to me.

10. I know that if the class is certified, I will be representing more than just myself in this case. I have spoken with my lawyers who represent me about what being a class representative

means. I want to help everyone in my situation because we and our families are all harmed by the Executive Order.

11. With all that being said though, I am afraid of and do not want to use my real name in this lawsuit. I fear that if my name were made public, the U.S. government could retaliate against me and my family. Even though we have tried to follow the rules and secure our own statuses, I am afraid that the government would target us for speaking up against them in this lawsuit. We are already afraid because of the increase in ICE enforcement recently. We frequently have conversations at home about whether we should leave the house just go to the store or run other errands because we don't want to put ourselves at risk. I don't take my newborn son with me when I do manage to leave the house because I want to protect him in case ICE approaches me while I am out.

12. If I am deported or even arrested and detained for a short period of time, this would have devastating effects on my family. I currently stay at home as the only caretaker for my newborn son and my middle son, who is only 4 years old. I will be going back to work in August because my family needs both our incomes, and my husband and I will be balancing childcare on our own by working opposite shifts. If we are exposed to the government through our real names and something happens to us, neither my husband nor I have any other family nearby who could care for our children.

13. I also fear harassment and retaliation from members of the public if I use my real name in this lawsuit. I have seen news reporting on other cases also seeking to challenge the Executive Order and fear that my participation in this case may lead to similar reporting about this case. This news reporting could lead to the dissemination of my name, which could also allow members of the public to try to determine the identity of my children—including Baby Doe #1, a

party to this litigation. I fear that dissemination of our identity widely to the public could lead to the targeting of me or my family, harassment, and retaliation from members of the public who hold strong opinions about the issues presented in this case.

14. Finally, it is important for me to maintain my privacy, especially with a newborn. This is a very difficult time for us as immigrants and a sensitive and special time for us as a family with a new child. I want to advocate for my rights and the rights and future of my child, but I have concerns for my safety and the safety of my family.

15. For these reasons, I am respectfully asking the court to allow me to proceed as plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2026



Jane Doe