UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES JANE DOE #1, BABY DOE #1, and JANE DOE #2,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, U.S. Secretary of State, in his official capacity; U.S. DEPARTMENT OF STATE; JAMES McHENRY, Acting Attorney General, in his official capacity; U.S. DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of Homeland Security, in her official capacity, U.S. DEPARTMENT OF HOMELAND SECURITY; MICHELLE KING, Acting Commissioner of the Social Security Administration, in her official capacity; U.S. SOCIAL SECURITY ADMINISTRATION; and DONALD J. TRUMP, President of the United States, in his official capacity,<br><br>*Defendants*. | Case No. 1:25-cv-00287 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Proceed Pseudonymously, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is further SO ORDERED.

Date: _____     _____

Hon. Timothy J. Kelly, United States District Judge

1