UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00287 (TJK) |

**PLAINTIFFS' NOTICE OF AMENDED COMPLAINT
FILED AS A MATTER OF COURSE**

PLEASE TAKE NOTICE that Plaintiffs have filed an Amended Complaint, attached hereto as Exhibit A, as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Also attached hereto, as Exhibit B, is a "redline comparison of the original and amended pleading," pursuant to the Standing Order, Dkt. No. 6 at ¶ 7.

Dated: June 30, 2025                                                                 Respectfully submitted,

/s/ *John A. Freedman*
John A. Freedman (D.C. Bar No. 453075)
Sally Pei (D.C. Bar No. 1030194)
Jonathan L. Stern (D.C. Bar No. 375713)
Ronald D. Lee (D.C. Bar No. 411516)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Sally.Pei@arnoldporter.com
Jonathan.Stern@arnoldporter.com

John C. Yang (D.C. Bar No. 438672)
Niyati Shah (D.C. Bar No. 1659560)
Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS
  ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
jcyang@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org

1

Ronald.Lee@arnoldporter.com

        Kaitlin Banner (D.C. Bar No. 1000436)
        Sarah Bessell (D.C. Bar No. 219254)
        Madeleine Gates (D.C. Bar No. 90024645)
        WASHINGTON LAWYERS' COMMITTEE
        FOR CIVIL RIGHTS AND URBAN
        AFFAIRS
        700 14th Street, NW, Suite 400
        Washington, D.C. 20005
        (202) 319-1000
        kaitlin_banner@washlaw.org
        sarah_bessell@washlaw.org
        madeleine_gates@washlaw.org

        *Counsel for Plaintiffs*