## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-287 (TJK) |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs OCA – Asian Pacific American Advocates, Jane Doe #1, Baby Doe #1, and Jane Doe #2 move for partial summary judgment on the First, Second, and Sixth Claims of the Amended Class Action Complaint, ECF 29-1.

Plaintiffs move for summary judgment declaring that Executive Order No. 14160 violates the Citizenship Clause of the Fourteenth Amendment and the Immigration and Nationality Act, 8 U.S.C. § 1401 and the Executive Order is *ultra vires*, and enjoining Defendants from enforcing the Executive Order or carrying out its directive. Submitted herewith are a memorandum of points and authorities in support of the motion, a statement of undisputed material facts, supporting declarations, exhibits, and a proposed order.

Dated: July 2, 2025                                                   Respectfully submitted,

/s/ *John A. Freedman*
John A. Freedman (D.C. Bar No. 453075)
Sally Pei (D.C. Bar No. 1030194)
Jonathan L. Stern (D.C. Bar No. 375713)
Ronald D. Lee (D.C. Bar No. 411516)

John C. Yang (D.C. Bar No. 438672)
Niyati Shah (D.C. Bar No. 1659560)
Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS ADVANCING

<div style="display: flex;">

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Sally.Pei@arnoldporter.com
Jonathan.Stern@arnoldporter.com
Ronald.Lee@arnoldporter.com

JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
jcyang@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Sarah Bessell (D.C. Bar No. 219254)
Madeleine Gates (D.C. Bar No. 90024645)
WASHINGTON LAWYERS' COMMITTEE
  FOR CIVIL RIGHTS AND URBAN
  AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org

*Attorneys for Plaintiffs*

</div>