# EXHIBIT 2

A

# LAW DICTIONARY,

ADAPTED TO THE

## CONSTITUTION AND LAWS

OF THE

## UNITED STATES OF AMERICA

AND OF THE

## Several States of the American Union:

WITH REFERENCES TO THE CIVIL AND OTHER SYSTEMS OF FOREIGN LAW.

TO WHICH IS ADDED

KELHAM'S DICTIONARY OF THE NORMAN AND OLD FRENCH LANGUAGE.

### By JOHN BOUVIER.

---

Ignoratis terminis ignoratur et ars.—Co. LITT. 2 a.

Je sais que chaque science et chaque art a ses termes propres, inconnu au commun des hommes.—FLEURY.

---

TENTH EDITION, REVISED, IMPROVED, AND GREATLY ENLARGED.

### VOL. II.

---

PHILADELPHIA:
CHILDS & PETERSON, 602 ARCH STREET.
1860.

RESET OF THEFT, *Scotch law.* The receiving and keeping of stolen goods, knowing them to be stolen, with a design of feloniously retaining them from the real owner. Alis. Pr. Cr. 328.

RESETTER, *Scotch law.* A receiver of stolen goods, knowing them to have been stolen.

RESIANCE. A man's residence or permanent abode. Such a man is called a resiant. Kitch. 33.

RESIDENCE. The place of one's domicil. (q. v.) There is a difference between a man's residence and his domicil. He may have his domicil in Philadelphia, and still he may have a residence in New York; for although a man can have but one domicil, he may have several residences. A residence is generally transient in its nature, it becomes a domicil when it is taken up *animo manendi.* Roberts, Ecc. R. 75.

2. Residence is prima facie evidence of national character, but this may at all times be explained. When it is for a special purpose and transient in its nature, it does not destroy the national character.

3. In some cases the law requires that the residence of an officer shall be in the district in which he is required to exercise his functions. Fixing his residence elsewhere, without an intention of returning, would violate such law. Vide the cases cited under the article *Domicil; Place of residence.*

RESIDENT, *international law.* A minister, according to diplomatic language, of a third order, less in dignity than an ambassador or an envoy. This term formerly related only to the continuance of the minister's stay, but now it is confined to ministers of this class.

2. The resident does not represent the prince's person in his dignity, but only his affairs. His representation is in reality of the same nature as that of the envoy; hence he is often termed, as well as the envoy, a minister of the second order, thus distinguishing only two classes of public ministers, the former consisting of ambassadors who are invested with the representative character in preëminence, the latter comprising all other ministers, who do not possess that exalted character. This is the most necessary distinction, and indeed the only essential one. Vattel, liv. 4, c. 6, § 73.

RESIDENT, *persons.* A person coming into a place with intention to establish his domicil or permanent residence, and who in consequence actually remains there. Time is not so essential as the intent, executed by making or beginning an actual establishment, though it be abandoned in a longer or shorter period. See 6 Hall's Law Journ. 68; 3 Hagg. Eccl. R. 373; 20 John. 211; 2 Pet. Ad. R. 450; 2 Scamm. R. 377.

RESIDUARY LEGATEE. He to whom the residuum of the estate is devised or bequeathed by will. Roper on Leg. Index, h. t.; Powell Mortg. Index, h. t.; 8 Com. Dig. 444.

RESIDUE. That which remains of something after taking away a part of it; as, the residue of an estate, which is what has not been particularly devised by will.

2. A will bequeathing the general residue of personal property, passes to the residuary legatee everything not otherwise effectually disposed of, and it makes no difference whether a legacy falls into the estate by lapse, or as void at law, the next of kin is equally excluded. 15 Ves. 416; 2 Mer. 392. Vide 7 Ves. 391; 4 Bro. C. C. 55; 1 Bro. C. C. 589; Rop. on Leg. Index, h. t.; Worth. on Wills, 454.

RESIGNATION. The act of an officer by which he declines his office, and renounces the further right to use it. It differs from abdication. (q. v.)

2. As offices are held at the will of both parties, if the resignation of a officer be not accepted, he remains in office. 4 Dev. R. 1.

RESIGNEE. One in favor of whom a resignation is made. 1 Bell's Com. 125 n.

RESISTANCE. The opposition of force to force.

2. Resistance is either lawful or unlawful. 1. It is lawful to resist one who is in the act of committing a felony or other crime, or who maliciously endeavors to commit such felony or crime. See *Self-defence.* And a man may oppose force to force against one who endeavors to make an arrest or to enter his house without lawful authority for the purpose; or, if in certain cases he abuse such authority, and do more than he was authorized to do; or if it turn out in the result he has no right to enter, then the party about to be imprisoned, or whose house is about to be illegally entered, may resist the illegal imprisonment or entry by self-defence, not using any dangerous weapons, and may escape, be rescued, or even break prison, and others may assist him in so doing. 5 Taunt. 765; 1 B. & Adol. 166; 1 East, P. C. 295; 5 East