# EXHIBIT 3

A

# LAW DICTIONARY,

ADAPTED TO THE

## CONSTITUTION AND LAWS

OF THE

## UNITED STATES OF AMERICA,

AND OF THE

## Several States of the American Union:

WITH REFERENCES TO THE CIVIL AND OTHER SYSTEMS OF FOREIGN LAW.

TO WHICH IS ADDED

KELHAM'S DICTIONARY OF THE NORMAN AND OLD FRENCH LANGUAGE.

### By JOHN BOUVIER.

Ignoratis terminis ignoratur et ars.—Co. LITT. 2 a.
Je sais que chaque science et chaque art a ses termes propres, inconnu au commun des hommes.—FLEURY.

TENTH EDITION, REVISED, IMPROVED, AND GREATLY ENLARGED.

VOL. I.

PHILADELPHIA:
CHILDS & PETERSON, 602 ARCH STREET.
1860.

ing the progress of the suit, went to her father's, who agreed with the husband to support her for services. 1 Clarke's R. 460. See Shelf. on Mar. and Div. 586; 2 Toull. n. 612.

ALITER, *otherwise.* This term is frequently used to point out a difference between two decisions; as, a point of law has been decided in a particular way, in such a case, *aliter* in another case.

ALIUNDE. From another place; evidence given *aliunde;* as, when a will contains an ambiguity, in some cases, in order to ascertain the meaning of the testator, evidence *aliunde* will be received.

ALL FOURS. This is a metaphorical expression, to signify that a case agrees in all its circumstances with another case; it goes as it were upon its four legs, as an animal does.

ALLEGATA. A word which the emperors formerly signed at the bottom of their rescripts and constitutions; under other instruments they usually wrote *signata* or *testata.* Ency. Lond.

ALLEGATA AND PROBATA. The allegations made by a party to a suit, and the proof adduced in their support. It is a general rule of evidence that the allegata and probata must correspond; that is, the proof must at least be sufficiently extensive to cover all the allegations of the party. Greenl. Ev. § 51; 3 N. S. 636.

ALLEGATION, *English ecclesiastical law.* According to the practice of the prerogative court, the facts intended to be relied on in support of the contested suit are set forth in the plea, which is termed an allegation; this is submitted to the inspection of the counsel of the adverse party, and, if it appear to them objectionable in form or substance, they oppose the admission of it. If the opposition goes to the substance of the allegation, and is held to be well founded, the court rejects it; by which mode of proceeding the suit is terminated without going into any proof of the facts. 1 Phil. 1, n.; 1 Eccl. Rep. 11, n. S. C. See 1 Brown's Civ. Law, 472, 3, n.

ALLEGATION, *common law.* The assertion, declaration or statement of a party of what he can prove.

ALLEGATION, *civil law.* The citation or reference to a voucher to support a proposition. Dict. de Jurisp.; Encyclopédie, mot Allegation; 1 Brown's Civ. Law, 473, n.

ALLEGATION OF FACULTIES. When a suit is instituted in the English ecclesiastical courts, in order to obtain alimony, before it is allowed, an allegation must be made on the part of the wife, stating the property of the husband. This allegation is called an *allegation of faculties.* Shelf. on Mar. and Div. 587.

ALLEGIANCE. The tie which binds the citizen to the government, in return for the protection which the government affords him.

2. It is natural, acquired, or local. Natural allegiance is such as is due from all men born within the United States; acquired allegiance is that which is due by a naturalized citizen. It has never been decided whether a citizen can, by expatriation, divest himself absolutely of that character. 2 Cranch, 64; 1 Peters' C. C. Rep. 159; 7 Wheat. R. 283; 9 Mass. R. 461. Infants cannot assume allegiance, (4 Bin. 49) although they enlist in the army of the United States. 5 Bin. 429.

3. It seems, however, that he cannot renounce his allegiance to the United States without the permission of the government, to be declared by law. But for commercial purposes he may acquire the rights of a citizen of another country, and the place of his domicil determines the character of a party as to trade. 1 Kent, Com. 71; Com. Rep. 677; 2 Kent, Com. 42.

4. Local allegiance is that which is due from an alien, while resident in the United States, for the protection which the government affords him. 1 Bl. Com. 366, 372, Com. Dig. h. t.; Dane's Ab. Index, h. t.; 1 East, P. C. 49 to 57.

ALLIANCE, *relationship.* The union or connexion of two persons or families by marriage, which is also called affinity. This word is derived from the Latin preposition *ad* and *ligare,* to bind. Vide Inst. 1, 10, 6; Dig. 38, 10, 4, 3; and *Affinity.*

ALLIANCE, *international law.* A contract, treaty, or league between two sovereigns or states, made to insure their safety and common defence.

2. Alliances made for warlike purposes are divided in general into defensive and offensive; in the former the nation only engages to defend her ally in case he be attacked; in the latter she unites with him for the purpose of making an attack, or jointly waging the war against another nation. Some alliances are both offensive and defensive; and there seldom is an offensive alliance which is not also a de-