# SUPPLEMENTAL DECLARATION OF JANE DOE #1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OCA- Asian Pacific American Advocates, Jane Doe #1, Baby Doe #1, and Jane Doe #2**,<br><br>Plaintiffs,<br><br>v.<br><br>**Marco Rubio,** *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00287 (TJK) |

**SUPPLEMENTAL DECLARATION OF JANE DOE #1**

I, Jane Doe, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years old and am fully competent to make this declaration.

2. I previously submitted a declaration in this matter mistakenly dated June 27, 2026. That declaration was in fact executed on June 27, 2025. The contents of that declaration were, and remain, true based on my personal knowledge.

3. I am in the United States with "U" nonimmigrant status, which I have had since 2021.

4. My husband resides with me and our children, including our youngest son, in the state of California. He is not a U.S. citizen, Lawful Permanent Resident, or diplomat.

5. My youngest son was born to us in the state of California after February 19, 2025.

6. If the Executive Order on birthright citizenship becomes effective, my husband and I will need to take steps to determine what my son's legal status is in the U.S., if he has any status

at all, and to obtain some kind of legal status for him. It is my understanding that this process will be time-intensive and will also cost money, including fees to the government.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025



Jane Doe