UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, et al.,<br><br>                      *Plaintiffs*,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>                      *Defendants*. | Civil Action No: 1:25-cv-287 (TJK) |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, all further briefing, and the entire record herein, it is this \_\_\_\_ day of _____ 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**;

**JUDGMENT** is **GRANTED** on behalf of Plaintiffs on Claims One, Two, and Six. and it is further

**DECLARED** that Executive Order No. 14160 violates the Fourteenth Amendment and the Immigration and Nationality Act of 1952, and

**ORDERED** that Defendants and their officials, agents, employees, and all persons acting in concert or participating with them are enjoined from enforcing or implementing Executive Order No. 14160.

_____
TIMOTHY J. KELLY
United States District Judge