# EXHIBIT A

| | |
|---|---|
| **From:** | Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov> |
| **Sent:** | Monday, July 7, 2025 12:53 PM |
| **To:** | Freedman, John A. |
| **Cc:** | zzz.External.nshah@advancingjustice-aajc.org; zzz.External.kaitlin_banner@washlaw.org; zzz.External.sarah_bessell@washlaw.org; zzz.External.madeleine_gates@washlaw.org; Pei, Sally; Stern, Jonathan L.; Lee, Ronald D.; zzz.External.nbaron@advancingjustice-aajc.org |
| **Subject:** | RE: OCA - Asian Pacific American Advocates, Civ. A. No. 25-287 (TJK) |

External E-mail

Good afternoon:

Thank you for the Word documents John. In light of the fact that last week you filed an amended complaint on July 1 and then a motion for partial summary judgment on July 2. Under FRCP 15, the response to the amended complaint would be due July 14 and from the Court's local rules, the response to the partial MSJ Plaintiff filed would be due July 15. As a result, this is kind of an uneven procedural situation where we have a pending motion and cross-motion to a complaint that is no longer live and a new response deadline to a new complaint. In the interest of cleaning things up here, I would like to file an extension to review and respond to everything all at once in 30 days by August 14, 2025. Please let me know of your position on the extension motion. Thanks.

Best,

Heather

Heather Graham-Oliver
Assistant United States Attorney
U.S. Attorneys' Office | Civil Division
601 D Street NW | Washington, D.C. 20530
Ph. 202-252-2520
Email: heather.graham-oliver@usdoj.gov

---

**From:** Freedman, John A. <John.Freedman@arnoldporter.com>
**Sent:** Wednesday, July 2, 2025 8:21 PM
**To:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Cc:** nshah@advancingjustice-aajc.org; kaitlin_banner@washlaw.org; sarah_bessell@washlaw.org; madeleine_gates@washlaw.org; Pei, Sally <Sally.Pei@arnoldporter.com>; Stern, Jonathan L. <Jonathan.Stern@arnoldporter.com>; Lee, Ronald D. <Ronald.Lee@arnoldporter.com>; nbaron@advancingjustice-aajc.org
**Subject:** [EXTERNAL] RE: OCA - Asian Pacific American Advocates, Civ. A. No. 25-287 (TJK) -- Motion to Proceed Pseudonymously

Counsel –

1

In conjunction with our filing this evening and pursuant to Paragraph 12 the January 31 Standing Order (ECF 6), attached please find editable electronic copies of the Paragraph 12(b) and Paragraph 12(a) statements.

Thanks,

John

_____

John A. Freedman
Senior Pro Bono Counsel | Bio



601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.5316
John.Freedman@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com