UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, *et al.*, <br><br> *Defendants* | Civil Action No. 1:25-cv-00287 (TJK) |

**[PROPOSED] ORDER**

The Defendants' motion for extension of time (ECF No. 32) is DENIED.

_____
United States District Judge