UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Case No.: 1:25-cv-287 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Set Consolidated Briefing Schedule, and the entire record herein, it is this _____ day of _____ 2025,

**ORDERED** that on or before August 13, 2025, Plaintiffs shall file a combined brief, not to exceed 55 pages, to be treated as both a reply in support of Plaintiffs' Motion for Partial Summary Judgment, ECF No. 30, and their brief in opposition to Defendants' Motion to Dismiss Plaintiffs' Class Action Amended Complaint or in the Alternative for Summary Judgment, Opposition to Plaintiffs' Motion for Partial Summary Judgment and Memorandum in Support, ECF Nos. 34, 35, 36; and it is further

**ORDERED** that on or before August 20, 2025, Defendants shall file a combined brief, not to exceed 25 pages, to be treated as a reply in support of Defendants' Motion to Dismiss Plaintiffs' Class Action Amended Complaint or in the Alternative for Summary Judgment, ECF Nos. 34, 35.

_____

United States District Judge

| | |
|---|---|
| John A. Freedman (D.C. Bar No. 453075)<br>Sally Pei (D.C. Bar No. 1030194)<br>Jonathan L. Stern (D.C. Bar No. 375713)<br>Ronald D. Lee (D.C. Bar No. 411516)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 942-5000<br>John.Freedman@arnoldporter.com<br>Sally.Pei@arnoldporter.com<br>Jonathan.Stern@arnoldporter.com<br>Ronald.Lee@arnoldporter.com | /s/ *Noah Baron*<br>John C. Yang (D.C. Bar No. 438672)<br>Niyati Shah (D.C. Bar No. 1659560)<br>Noah Baron (D.C. Bar No. 1048319)<br>ASIAN AMERICANS ADVANCING JUSTICE-AAJC<br>1620 L Street, NW, Suite 1050<br>Washington, D.C. 200036<br>(202) 296-2300<br>jcyang@advancingjustice-aajc.org<br>nshah@advancingjustice-aajc.org<br>nbaron@advancingjustice-aajc.org<br><br>Kaitlin Banner (D.C. Bar No. 1000436)<br>Sarah Bessell (D.C. Bar No. 219254)<br>Madeleine Gates (D.C. Bar No. 90024645)<br>WASHINGTON LAWYERS' COMMITTEE<br>  FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, NW, Suite 400<br>Washington, D.C. 20005<br>(202) 319-1000<br>kaitlin_banner@washlaw.org<br>sarah_bessell@washlaw.org<br>madeleine_gates@washlaw.org<br><br>*Attorneys for Plaintiffs* |