IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
OCA – ASIAN PACIFIC AMERICAN            )
ADVOCATES,                              )
                                        )
                Plaintiff,              )
                                        )
        v.                              )    Civil Action No. 25-0287 (TJK)
                                        )
MARCO RUBIO, *et al.*,                  )
                                        )
                Defendants.             )
_____  )

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SET BRIEFING SCHEDULE

Pursuant to the Court's August 4, 2025, Minute Order, the Defendants are hereby responding to Plaintiffs' Motion to set consolidated briefing schedule.  ECF No. 37.

1.  Defendants have no objection to consolidated briefing pursuant to the rules of the electronic case filing system.

2.  The briefing schedule that Plaintiffs propose is in accordance with and does not vary from LCvR 7(b)(d) and (e). If this Court finds it appropriate to issue a redundant and needless order that is the same as the requirement of the local civil rules, Defendants request that the briefing schedule be issued without prejudice.

3.  Both parties, including the Defendants, are entitled to the benefit of all the civil rules, including Fed. R. Civ. P. 6(b).

*       *       *

Dated: August 5, 2025
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Heather Graham-Oliver*
 HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov


*Attorneys for the United States of America*