UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, JANE DOE #1, BABY DOE #1, and JANE DOE #2,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, U.S. Secretary of State, in his official capacity; U.S. DEPARTMENT OF STATE; JAMES McHENRY, Acting Attorney General, in his official capacity; U.S. DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of Homeland Security, in her official capacity, U.S. DEPARTMENT OF HOMELAND SECURITY; FRANK BISIGNANO, Commissioner of the Social Security Administration, in her official capacity; U.S. SOCIAL SECURITY ADMINISTRATION; and DONALD J. TRUMP, President of the United States, in his official capacity,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00287 (TJK) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION TO PROCEED PSEUDONYMOUSLY

PLEASE TAKE NOTICE that Plaintiffs seek additional relief allowing Member B to proceed under a pseudonym, pursuant to Federal Rules of Civil Procedure 5.2(a)(3) and 10(a), and upon the accompanying Memorandum of Law, Plaintiffs move this Court for an Order permitting this individual to proceed under a pseudonym in this action until such time as the Court may order their name disclosed and for such other relief as the Court deems appropriate and just. Plaintiffs have met and conferred with government counsel for Defendants pursuant to Loc. R. Civ. P. 7(m).

1

Defendants' position is as follows: "At this time, Defendants do not oppose the Individual Plaintiffs' [sic] motion, provided that Plaintiffs provide the identities of those individuals on request if necessary to permit Defendants to fully defend this case." Plaintiffs oppose Defendants' request for disclosure of the identity of Member B or of any individual covered by the previous motion to proceed pseudonymously (ECF No. 28), which the Court granted.

    A proposed order is submitted concurrently with this Motion.

Dated: August 13, 2025                  Respectfully submitted,

/s/ *John A. Freedman*                 John C. Yang (D.C. Bar No. 438672)
John A. Freedman (D.C. Bar No. 453075)     Niyati Shah (D.C. Bar No. 1659560)
Sally Pei (D.C. Bar No. 1030194)           Noah Baron (D.C. Bar No. 1048319)
Jonathan L. Stern (D.C. Bar No. 375713)    ASIAN AMERICANS
Ronald D. Lee (D.C. Bar No. 411516)        ADVANCING JUSTICE-AAJC
ARNOLD & PORTER KAYE SCHOLER LLP    1620 L Street, NW, Suite 1050
601 Massachusetts Avenue, N.W.            Washington, D.C. 200036
Washington, D.C. 20001                    (202) 296-2300
(202) 942-5000                            jcyang@advancingjustice-aajc.org
John.Freedman@arnoldporter.com           nshah@advancingjustice-aajc.org
Sally.Pei@arnoldporter.com                 nbaron@advancingjustice-aajc.org
Jonathan.Stern@arnoldporter.com           Kaitlin Banner (D.C. Bar No. 1000436)
Ronald.Lee@arnoldporter.com              Sarah Bessell (D.C. Bar No. 219254)
                                                Madeleine Gates (D.C. Bar No. 90024645)
                                                WASHINGTON LAWYERS' COMMITTEE
                                                FOR CIVIL RIGHTS AND URBAN
                                                AFFAIRS
                                                700 14th Street, NW, Suite 400
                                                Washington, D.C. 20005
                                                (202) 319-1000
                                                kaitlin_banner@washlaw.org
                                                sarah_bessell@washlaw.org
                                                madeleine_gates@washlaw.org

*Counsel for Plaintiffs*