# DECLARATION OF MEMBER B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**OCA- Asian Pacific American Advocates et al.**,
Plaintiffs,

**v.**

**Marco Rubio,** *et al.*,

Defendants.

Case No. 1:25-cv-00287

The Honorable Judge Timothy J. Kelly

**DECLARATION OF MEMBER B**

I, Member B, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years old and am fully competent to make this declaration.

2. I live in the United States. I am originally from China and still have Chinese citizenship and a Chinese passport. I am neither a United States citizen nor a Lawful Permanent Resident. I am in the United States on an H1B visa, which I have had for years. I have applied for Lawful Permanent Resident status and intend to stay in the United States and continue to build my life here. Unfortunately, I will not receive Lawful Permanent Resident status before the birth of my expected child.

3. I am a dues-paying member of OCA-Asian Pacific American Advocates. I reached out to them for assistance once already because of the Order and would do so again if the Order goes into effect.

4. My wife is currently pregnant with our first child. She is neither a U.S. citizen nor Lawful Permanent Resident. She has H4 derivative status under my H1B visa and we plan for her to give birth here in the United States before the end of the year.

5. If the Executive Order becomes effective, I fear what would happen to my daughter when she is born. I do not know if I can add her to my H1B visa. I have always understood that any child my wife and I had here in the United States would be a U.S. citizen. I came here on an H1B visa for the freedom this country offers and to pursue the American dream. Now I worry about the opportunities and protection that my daughter will not have if she does not have U.S. citizenship, such as the ability to fully pursue an education, get a secure job regardless of her status, or even protection from immigration enforcement and arrest.

6. I fear that we will not have any other recourse to try and protect my daughter from immigration enforcement or offer her any of those educational and career opportunities in my state. I have not heard of any indication from my state government that they will protect H1B holders like myself and our children from deportation, or that my daughter could get any protection by being a resident in one of the states not challenging the Executive Order and likely to enforce it. I fear that I will not be able to claim my daughter on my medical insurance if she does not have evidence of her nationality and that she could be ineligible for state benefits if she is not an American citizen.

7. In addition, if the Executive Order takes effect, I will need to consult with an attorney to understand my child's status in the United States, if any, and to take steps to secure her status. I anticipate that doing so will cost substantial resources, including time and money, which is far beyond my and my family's current capabilities.

8. I am afraid of sharing my real name in this lawsuit because I fear that the government could retaliate against me and my family. I am waiting for a decision on my green card application. Even though I have followed all the rules and believe I have done everything legally with my and my wife's immigration papers, I am concerned that the government could take away my current visa, threaten my wife's derivative visa, or deny my green card application if I am named as a witness against the government in this lawsuit. I have been closely following the government's actions on birthright citizenship and other immigration enforcement and their risk to my family, which has made me, and my wife, very afraid. I am scared of being subject to a deportation raid at home or at work, or separation from my family. My wife is already struggling with a difficult pregnancy and the stress from that, and I do not want to subject her to any more stress because of my participation in this lawsuit.

9. I also do not want my employer or anyone in the public to know that I am participating in a lawsuit against the government. My and my wife's immigration statuses are dependent on me keeping my job with my current employer, which sponsors my H1B visa. As a result, I cannot do anything to risk losing their favor. If my employer disagrees with my participation in this case or is concerned about damage to their business from it, they could easily end my employment and I would lose my visa, ending my American dream and my family's hopes for the future. At that point, I could also face deportation back to China and the risk of arrest and immigration enforcement against me and my wife would immediately increase.

10. I do not know how the people in my community feel about immigration policy or the government's actions on birthright citizenship, and I fear that my community will isolate me or turn against me if they find out I am participating in this lawsuit.

11. I am further afraid that the Chinese government could target me for speaking out if I am named in this lawsuit. The rest of my family still lives in China, and I am afraid for their safety as well as my own. My wife also travels often to China to see our family and may need to travel during the course of this lawsuit. I fear what the Chinese government could do if they find out that my wife and I wish to remain permanently in the United States, especially before my wife and I obtain Lawful Permanent Resident status.

12. I am trying to protect my family as best as I can on my own, but I do not have the power or resources to fight against governments. It has already been expensive for me to secure my and my wife's initial H1 statuses, and there is currently a very long wait for Chinese citizens to get green cards because of immigration rules that limit the number of green cards for each country. I am the primary breadwinner for my family as we prepare for the birth of my daughter. Losing my immigration status because of retaliation from my employer or the U.S. government would be devastating, and my situation is precarious without any form of permanent status.

13. I also fear that if my (soon-to-be-born) daughter's identity becomes publicized because of my participation in this lawsuit, upon her birth she may also be subjected to harassment by the U.S. government, Chinese government, or the public generally. If she is not a citizen at birth, she will have to apply for a visa or some kind of immigration status from the U.S. government, and I fear the government could deny her a visa or even lawful permanent resident status, which could further lead to separation of our family.

14. For these reasons, I am respectfully asking the court to allow me to proceed as a witness in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025

Member B