# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES JANE DOE #1, BABY DOE #1, and JANE DOE #2, | |
| *Plaintiffs*, | |
| v. | |
| MARCO RUBIO, U.S. Secretary of State, in his official capacity; U.S. DEPARTMENT OF STATE; JAMES McHENRY, Acting Attorney General, in his official capacity; U.S. DEPARTMENT OF JUSTICE, KRISTI NOEM, Secretary of Homeland Security, in her official capacity, U.S. DEPARTMENT OF HOMELAND SECURITY; MICHELLE KING, Acting Commissioner of the Social Security Administration, in her official capacity; U.S. SOCIAL SECURITY ADMINISTRATION; and DONALD J. TRUMP, President of the United States, in his official capacity, | Case No. 1:25-cv-00287 (TJK) |
| *Defendants*. | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Supplemental Motion to Proceed Pseudonymously, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is further SO ORDERED.

Date: _____       _____

Hon. Timothy J. Kelly, United States District Judge

1