**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OCA – ASIAN PACIFIC AMERICAN
ADVOCATES, *et al.*,

      *Plaintiffs*,

      v.

MARCO RUBIO, *et al.*,

      *Defendants*

Civil Action No. 1:25-cv-00287 (TJK)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF 30),

Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (ECF 34, 35 & 36)

and all further briefing, and the entire record herein, it is this _____ day of _____ 2025,

      ORDERED that Defendants' Motion (ECF 34, 35, and 36) is **DENIED**;

      Plaintiffs' Motion (ECF 30) is **GRANTED**;

      **JUDGMENT** is **GRANTED** on behalf of Plaintiffs on Claims One, Two, and Six. and it

is further

      **DECLARED** that Executive Order No. 14160 violates the Fourteenth Amendment and

the Immigration and Nationality Act of 1952, and

      **ORDERED** that Defendants and their officials, agents, employees, and all persons acting

in concert or participating with them are enjoined from enforcing or implementing Executive

Order No. 14160.

_____
TIMOTHY J. KELLY
United States District Judge