# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, *et al.*,<br><br>*Defendants* | Civil Action No. 1:25-cv-00287 (TJK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF 30), Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (ECF 34, 35 & 36) and all further briefing, and the entire record herein, it is this _____ day of _____ 2025,

ORDERED that Defendants' Motion (ECF 34, 35, and 36) is **DENIED**;

Plaintiffs' Motion (ECF 30) is **GRANTED**;

**JUDGMENT** is **GRANTED** on behalf of Plaintiffs on Claims One, Two, and Six. and it is further

**DECLARED** that Executive Order No. 14160 violates the Fourteenth Amendment and the Immigration and Nationality Act of 1952, and

**ORDERED** that Defendants and their officials, agents, employees, and all persons acting in concert or participating with them are enjoined from enforcing or implementing Executive Order No. 14160.

 

_____
TIMOTHY J. KELLY
United States District Judge