UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, *et al.*,<br><br>*Defendants* | Civil Action No. 1:25-cv-00287 (TJK) |

### NOTICE OF CORRECTED FILING

Pursuant to Local Rule 5.1, Plaintiffs hereby submit a corrected version of their Reply in Support of Plaintiffs' Partial Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (ECF 40 & 41). The filing has been corrected so that the footnote size complies with Local Rule 5.1(d), with corresponding corrections to the Tables of Contents and Authorities, and to address minor typographical errors.

A copy of the corrected brief is attached as Exhibit 1.

Dated: August 14, 2025                                                   Respectfully submitted,

<div style="display: flex;">

/s/ John A. Freedman
John A. Freedman (D.C. Bar No. 453075)
Sally Pei (D.C. Bar No. 1030194)
Jonathan L. Stern (D.C. Bar No. 375713)
Ronald D. Lee (D.C. Bar No. 411516)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Sally.Pei@arnoldporter.com
Jonathan.Stern@arnoldporter.com
Ronald.Lee@arnoldporter.com

John C. Yang (D.C. Bar No. 438672)
Niyati Shah (D.C. Bar No. 1659560)*
Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
jcyang@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Sarah Bessell (D.C. Bar No. 219254)

</div>

Madeleine Gates (D.C. Bar No. 90024645)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
kaitlin_banner@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org

*Application for admission to D.D.C. pending