UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCA – ASIAN PACIFIC AMERICAN ADVOCATES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Case No.: 1:25-cv-00287 (TJK) |

## MOTION TO POSTPONE CLASS CERTIFICATION BRIEFING

Pursuant to Local Rule 23.1(b) and Paragraph 10 of this Court's January 31, 2025 Standing Order (ECF 6), Plaintiffs respectfully move to postpone class certification briefing to preserve the resources of the parties and the Court. Pursuant to Local Rule 7(m), Plaintiffs conferred with opposing counsel and Defendants stated they were "unable to take a position" on this motion at this time.

In support of this Motion, Plaintiffs' state the following:

1. On June 30, 2025, Plaintiffs filed a Class Action Amended Complaint as of right under Rule 15(a)(1)(B). ECF 27-1. This Complaint added class action allegations for the first time in this matter.

2. Under Local Rule 23.1(b), a motion for class certification is to be filed within 90 days after the filing of a complaint sought to be maintained as a class action "unless the Court in the exercise of its discretion has extended this period." Under this Rule, in the absence of an extension, Plaintiffs' motion for class certification would be due on or before September 29, 2025.

3. There is good cause to postpone class certification briefing. At the time Plaintiffs added their class action allegations in late June, none of the other cases pending challenging the Birthright Citizenship Executive Order had been granted a certified class. Since that time, however, at least two courts have considered and granted certified nationwide classes of all persons affected by the order. *See CASA, Inc. et al. v. Donald J. Trump et al.*, D.Md. 8:25-cv-201-DLB (Aug. 7, 2025) (Dkt.130); *Barbara v. Trump*, D. N.H. 1:25-cv-244 (Jul. 10, 2025) (Dkt. 63). In addition to this, two other motions for nationwide class certification are pending. *See New York Immigration Coalition v. Trump*, S.D.N.Y, No. 1:25-cv-1309 (Jul. 9, 2025)( Dkt. 44); *State of Washington v. Trump*, W.D.Wash. No, 2:25-cv-127 (June 30, 2025) (Dkt. 138). The Defendants have appealed the New Hampshire determination, *Barbara* Dkt. 70, and have advised other courts that they intend to appeal adverse decisions but have "not yet determined which case or combination of cases" to take to the Supreme Court. *State of Washington*, W.D.Wash., Dkt. 151.

4. Given the pendency of two certified nationwide class actions, the pendency of two other proposed nationwide class actions, and at least one noticed appeal, Plaintiffs submit that it is not in the interest of judicial economy or the parties' resources to brief certification of an additional nationwide class at this time. Rather, the Court should allow the parties to postpone class certification briefing until the appellate courts have had a chance to consider the propriety of one or more of the classes certified to date. The Court should order the parties to submit a Joint Status Report within 14 days of a Court of Appeals decision on the merits on any of the class action certifications that have been granted or are pending.

5. Plaintiffs have not previously sought an extension of class certification briefing, and have previously sought and obtained a one week extension on summary judgment briefing.

Postponing class certification briefing will have no effect on any other previously-set case deadlines.

## **CONCLUSION**

For the reasons set forth above, and for such other reasons as may appear from the record, undersigned counsel respectfully request that this Court enter an Order granting Plaintiffs' Motion to Postpone Class Certification Briefing and ordering the submission of Joint Status Reports as noted above.

Dated: September 18 2025

Respectfully submitted,

/s/ John A. Freedman
John A. Freedman (D.C. Bar No. 453075)
Sally Pei (D.C. Bar No. 1030194)
Jonathan L. Stern (D.C. Bar No. 375713)
Ronald D. Lee (D.C. Bar No. 411516)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Sally.Pei@arnoldporter.com
Jonathan.Stern@arnoldporter.com
Ronald.Lee@arnoldporter.com

John C. Yang (D.C. Bar No. 438672)
Niyati Shah (D.C. Bar No. 1659560)*
Noah Baron (D.C. Bar No. 1048319)
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
jcyang@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Sarah Bessell (D.C. Bar No. 219254)
Madeleine Gates (D.C. Bar No. 90024645)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
aitlin_banner@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org

*Application for admission to D.D.C. pending

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**