# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OCA – ASIAN PACIFIC AMERICAN
ADVOCATES, *et al.*,

            *Plaintiffs*,

            v.

MARCO RUBIO, *et al.*,

            *Defendants*

Civil Action No. 1:25-cv-00287 (TJK)

## [PROPOSED] ORDER

The Plaintiffs' motion to postpone class certification briefing pursuant to Local Rule

23.1(b) is GRANTED;

The Parties shall file a joint status report within 14 days of an appellate court decision on

the merits of any class certification decision that has been granted or is pending.

_____

United States District Judge