**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OCA-ASIAN PACIFIC AMERICAN
ADVOCATES, *et al.*,

     *Plaintiffs*,

     v.

MARCO RUBIO, *et al.*,

     *Defendants*.

Civil Action No. 1:25-cv-00287-TJK

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's December 8, 2025 Minute Order staying this case "until further order of the Court" and directing the parties to "file a joint status report fourteen days after the Court issues its opinion in *Barbara*, proposing how they wish to proceed." Dec. 8, 2025 Minute Order.

On June 30, 2026, the Supreme Court announced its opinion in *Trump v. Barbara*, No. 25-365, in which it affirmed a preliminary injunction barring enforcement of Executive Order 14160 ("the Executive Order"). *Trump v. Barbara*, No. 25-365, 2026 U.S. LEXIS 2885, at *37 (June 30, 2026). On July 8, following the Supreme Court's decision in *Barbara*, President Donald Trump announced on social media that he would be "asking for a Rehearing [sic] by the United States Supreme Court[.]"[1] The deadline for a petition for rehearing will likely be July 27, as such petitions

---

[1] Max Rego, *Trump says he'll ask Supreme Court to rehear birthright citizenship case*, The Hill (July 9, 2026), https://thehill.com/homenews/administration/5960418-donald-trump-supreme-court-birthright-citizenship/.

must be filed within "25 days after entry of the judgment or decision, unless the Court or a Justice shortens or extends the time." Sup. Ct. R. 44(1).

Counsel for the parties have conferred but have been unable to reach agreement about how to proceed. Although both parties agree that the case should continue to be stayed.

**Plaintiffs' Position**

The case should remain stayed until one week after either (1) the Supreme Court rules on a petition for rehearing in *Barbara*, if any, or (2) the deadline to file such petition (July 27, 2026, unless shortened or extended by the Supreme Court), if no such petition is filed by the deadline. Plaintiffs further request that this Court order the Parties to file another joint status report in *OCA v. Rubio* indicating to the Court their respective positions on how they wish to proceed.

**Defendants' Position**

The case should remain stayed until 14 days after appellate proceedings conclude in *Barbara v. Trump.* Appellate proceedings remain ongoing in *Barbara* as the window for rehearing remains open. Further, mandate has yet to issue from the Supreme Court or Court of Appeals. Once appellate proceedings have concluded in *Barbara*, the Parties will file another joint status report in *OCA v. Rubio* indicating to the Court their respective positions on how the case should proceed.

Dated: July 14, 2026

**FOR PLAINTIFFS**

Respectfully submitted,

/s/ Noah Baron

| | |
|---|---|
| John A. Freedman (D.C. Bar No. 453075) | John C. Yang (D.C. Bar No. 438672) |
| Sally Pei (D.C. Bar No. 1030194) | Niyati Shah (D.C. Bar No. 1659560) |
| Jonathan L. Stern (D.C. Bar No. 375713) | Noah Baron (D.C. Bar No. 1048319) |
| Ronald D. Lee (D.C. Bar No. 411516) | ASIAN AMERICANS |

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Sally.Pei@arnoldporter.com
Jonathan.Stern@arnoldporter.com
Ronald.Lee@arnoldporter.com

ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, D.C. 200036
(202) 296-2300
jcyang@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Sarah Bessell (D.C. Bar No. 219254)
Madeleine Gates (D.C. Bar No. 90024645)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
aitlin_banner@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org

**FOR DEFENDANTS:**


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2520

4