**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| OCA-ASIAN PACIFIC AMERICAN ADVOCATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MARCO RUBIO, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-0287 (TJK) |

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's July 16, 2026 Minute Order to inform the Court of the status of appellate proceedings in *Trump v. Barbara*, 609 U.S. ___, 146 S. Ct. 2438 (2026), and propose how they wish to proceed. July 16, 2026 Minute Order.

On June 30, 2026, the Supreme Court issued its opinion in *Trump v. Barbara*, holding that Executive Order No. 14160 is facially unconstitutional because under the Fourteenth Amendment's Citizenship Clause, "children born of parents unlawfully or temporarily present in the United States" "satisfy both elements of the Citizenship Clause: they are 'born . . . in the United States' and 'subject to the jurisdiction thereof.' Under the Constitution, they are citizens at birth." *Barbara*, 146 S. Ct. at 2450.

Counsel for the parties have conferred but are unable to agree upon the wording of the order but agree that a final order should be entered.

**Plaintiffs' Position**

Proceedings before the Supreme Court in *Barbara* have concluded. The Court should vacate the stay presently in place in this matter, deny Defendants' motion to dismiss, ECF No. 34, and motion for summary judgment, ECF No. 35, and grant Plaintiffs' motion for partial summary judgment, ECF No. 30. Plaintiffs filed this action on January 30, 2025—only ten days after issuance of the Executive Order—but are still waiting for their day in court. ECF No. 1.

Plaintiffs ask that the Court eliminate any doubt about the status of their children by entering a final judgment in this case in their favor for the reasons articulated in their briefing: they are right on the merits, *see generally* ECF No. 30, 42, and Defendants failed to comply with Rule 56(c). *See* ECF No. 42-1 at 2-4.

Further supporting Plaintiffs' position on the merits is *Barbara*. There, the Supreme Court systematically rejected each of the arguments Defendants have advanced here, *e.g.*, 2026 U.S. LEXIS 2885, at *25 (explaining holding of *Wong Kim Ark* was that "the Citizenship Clause . . . granted citizenship to nearly all children born in the United States"); *id.* at *27-33 (finding "scant evidence" for Defendants' "dramatically revisionist view" of a "domicile" or "allegiance" requirement); *id.* at *33-36 (rejecting Defendants' argument based on text of Civil Rights Act of 1866); *id.* at *35-37 (rejecting Defendants' reading of *Wong Kim Ark*).

*      *      *

**Defendants' Position**

In light of the Supreme Court's decision in *Barbara*, the Court should vacate the stay, deny the Defendants' motion to dismiss or in the alternative for summary judgment (ECF No. 34, 35),

2

grant Plaintiff's partial motion for summary judgment for the reasons the Supreme Court stated in

*Barbara* and order final judgment in favor of Plaintiffs and against Defendants.

Dated: August 14, 2026                              Respectfully submitted,

**FOR PLAINTIFFS**

|  |  |
|---|---|
| John A. Freedman (D.C. Bar No. 453075) | /s/ Noah Baron |
| Sally Pei (D.C. Bar No. 1030194) | John C. Yang (D.C. Bar No. 438672) |
| Jonathan L. Stern (D.C. Bar No. 375713) | Niyati Shah (D.C. Bar No. 1659560) |
| Ronald D. Lee (D.C. Bar No. 411516) | Noah Baron (D.C. Bar No. 1048319) |
| ARNOLD & PORTER KAYE SCHOLER LLP | ASIAN AMERICANS ADVANCING JUSTICE-AAJC |
| 601 Massachusetts Avenue, N.W. | 1620 L Street, NW, Suite 1050 |
| Washington, D.C. 20001 | Washington, D.C. 200036 |
| (202) 942-5000 | (202) 296-2300 |
| John.Freedman@arnoldporter.com | jcyang@advancingjustice-aajc.org |
| Sally.Pei@arnoldporter.com | nshah@advancingjustice-aajc.org |
| Jonathan.Stern@arnoldporter.com | nbaron@advancingjustice-aajc.org |
| Ronald.Lee@arnoldporter.com | |

Kaitlin Banner (D.C. Bar No. 1000436)
Sarah Bessell (D.C. Bar No. 219254)
Madeleine Gates (D.C. Bar No. 90024645)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
Kaitlin_banner@washlaw.org
sarah_bessell@washlaw.org
madeleine_gates@washlaw.org

**FOR DEFENDANTS:**

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2520

4