**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OCA – ASIAN PACIFIC AMERICAN ADVOCATES et al,

*Plaintiffs*,

v.

MARCO A. RUBIO et al.,

*Defendants*.

Civil Action No. 25-287 (TJK)

**ORDER**

For the reasons explained in the Court's accompanying Memorandum, it is hereby **ORDERED** that the stay is **LIFTED**, and Defendants' Motions to Dismiss or in the Alternative for Summary Judgment, ECF Nos. 34, 35, are **DENIED**. It is further **ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, ECF No. 30, is **GRANTED** for the reasons explained by the Supreme Court in *Trump v. Barbara*, 609 U.S. __, 146 S. Ct. 2438, 2444 (2026). Judgment is hereby **ENTERED** in favor of the Individual Plaintiffs—Jane Doe #1, Baby Doe #1, and Jane Doe #2—on the First and Sixth Claims of the Amended Complaint for the reasons explained in *Barbara*. It is further **DECLARED**, as the Court held in *Barbara*, that Executive Order No. 14160 is facially unconstitutional because it violates the Citizenship Clause of the Fourteenth Amendment.

This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 20, 2026